\#                                                                                  \#

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| Balance Life Better Enhancement Corporation, | Case No. 25-41075 |
| | Chapter 11 |
| Debtor. | Judge Thomas J. Tucker |
| _____/ | |

**ORDER DENYING APPLICATION TO PAY FILING FEES IN INSTALLMENTS**

The Debtor has filed an application to pay the filing fee for this Chapter 11 case in installments (Docket # 2, the "Application"). The Application must be denied, because under Fed. R. Bank. P. 1006(b)(1), only an "individual" debtor (*i.e.*, a debtor who is a human being) may request that the filing fee be paid in installments. The Debtor in this case is a corporation. As a result, the Debtor was required to pay the entire filing fee when it filed the voluntary bankruptcy petition on February 4, 2025. *See* Fed. R. Bank. P. 1006(a) (with exceptions not applicable, "every petition must be accompanied by the filing fee."). Accordingly,

IT IS ORDERED that the Application (Docket # 2) is denied.

IT IS FURTHER ORDERED that the Debtor must pay the entire filing fee of $1,738.00 to the Clerk of this Court no later than **Monday, February 10, 2025**. Failure to pay the $1,738.00 filing fee in full by that date will result in the entry of an order to show cause why this case should not be dismissed.

**Signed on February 6, 2025**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**