UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                              Case No. 25-41075

BALANCE LIFE BETTER                  Chapter 11
ENHANCEMENT CORPORATION,

                                                             Judge Thomas J. Tucker

                 Debtor.
_____/

**ORDER REQUIRING THE DEBTOR TO APPEAR AND SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR CAUSE**

       On February 7, 2025, the Court entered an order entitled "Order Requiring the Debtor to Supplement the Bankruptcy Petition Cover Sheet, and to Promptly File the List of Equity Security Holders" (Docket # 12, the "February 7 Order"), which stated in relevant part:

       IT IS ORDERED that:

       1. No later than Tuesday, February 11, 2025, the Debtor must file the List of Equity Security Holders for this case, required by Fed. R. Bankr. P. 1007(a)(3).

       2. Also no later than Tuesday, February 11, 2025, the Debtor must file a supplement to the Bankruptcy Petition Cover Sheet filed on February 5, 2025 (Docket # 3), which states all of the following:

             a. Whether the person identified as the Debtor's "managing member" in the bankruptcy petition (Docket # 1), Raphael Williams, Jr., is the same person who filed Chapter 7 Case No. 13-48040 in this Court, under the name "Raphael Williams."

             b. What ownership interest, if any, and what percentage of such ownership, does Raphael Williams, Jr. have in the debtor that filed Chapter 11 Case No. 14-40466 in this Court, under the debtor name "Greater Faith Assembly."

             c. What ownership interest, and what percentage of such ownership, does Raphael Williams, Jr. have in the Debtor in this case.

       The Debtor failed to comply with the Court's February 7 Order. To date the Debtor has

not filed either of the things required by that Order to have been filed by February 11, 2025.

For this reason,

IT IS ORDERED that the Debtor and the Debtor's attorney each must appear before this Court on **February 19, 2025 at 11:00 a.m.** and show cause why this case should not be dismissed for cause under 11 U.S.C. §§ 1112(b)(1), 1112(b)(4)(E), and 105(a), due to the Debtor's failure to comply with the February 7 Order.

The February 19, 2025 show cause hearing will be held by telephone. At least five minutes before the scheduled time for hearing, counsel, parties, and anyone else wishing to attend the hearing should call (202) 503-1666, and use Conference ID number 654 240 580#. Counsel, parties, and anyone else calling in to the hearing should place their phone on mute and wait until their case is called before unmuting their phone and participating.

**Signed on February 12, 2025**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**

2

25-41075-tjt    Doc 15    Filed 02/12/25    Entered 02/12/25 13:37:27    Page 2 of 2